WILLIAM J. DICKSON *v.* SAMUEL FRAZER et al.

(Argued June 13, 1877; decided June 22, 1877.)

REPORTED below, 9 Hun, 191.

*John Miller*, for appellant.

*Samuel Hand*, for respondent.

Agree to affirm.    No opinion.
All concur.
Order affirmed.